No. 8369. DONALD M. LEICHT, Appellant *v.* NORTH-ERN PACIFIC RAILROAD COMPANY, Respondent.

Decided February 15, 1947.

Pursuant to stipulation, it is hereby ordered that the above entitled cause be dismissed.

Chief Justice, HUGH R. ADAIR.

*Horace S. Davis, Wellington D. Rankin, Arthur P. Acher,* Attorneys for Appellant.

*M. S. Gunn, Sam D. Goza, Jr., Coleman, Jameson & Lamey* by *W. J. Jameson,* Attorneys for Respondent.

No. 8749. STATE OF MONTANA ex rel. ALEX KLING as guardian ad litem of Solomon Kling, Relator, *v.* DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT, et al., Respondents.

It is hereby ordered that the application for the writ herein be denied. Hugh Adair, Chief Justice; I. W. Choate, Albert H. Angstman, Edwin K. Cheadle, Lee Metcalf, Associate Justices.

Done this *22nd day of May, 1947.*

Attorneys for Relator: *Brattin & Habedank,* Sidney.

No. 8755. STATE OF MONTANA ex rel. KAY PORODKO, Relator, *v.* DISTRICT COURT, SILVER BOW COUNTY, et al., Respondents.

It is hereby ordered that the application for the writ herein

be denied. Hugh Adair, Chief Justice; I. W. Choate, Albert H. Angstman, Edwin K. Cheadle, Lee Metcalf, Associate Justices.

Done this *22nd day of May, 1947*.

Attorney for Relator: *John K. Claxton*, Butte.

No. 8741. THE COLUMBIAN COMPANY, a Minnesota Corporation, PLAINTIFF & RESPONDENT, *v.* YELLOWSTONE COUNTY & ORVILLE C. BERRY, as Treasurer, DEFENDANTS & APPELLANTS.

Pursuant to stipulation, it is hereby ordered that the appeal be, and the same is hereby dismissed.

Done this *11th day of September*, 1947.

Attorneys for Appellants: *Melvin N. Hoiness*, County Attorney, Billings, *E. E. Collins*, Billings, *Charles B. Sande*, Billings.

Attorneys for Respondent: *Rockwood Brown*, Billings, *Horace S. Davis*, Billings, *Marion B. Porter*, Billings, *Norman E. Hanson*, Billings.

No. 8781. STATE OF MONTANA EX REL. LEONARD CRISAFULLI, J. CRISAFULLI & SON, PETITIONERS & PLAINTIFFS, *v.* DISTRICT COURT, DAWSON COUNTY, ET AL., RESPONDENTS & DEFENDANTS.

Order of the Court was this day handed down in open Court. It is ordered that the petition for an alternative writ of supervisory control herein be and the same is denied. Hugh Adair, Chief Justice; I. W. Choate, Fred L. Gibson, Albert H. Angstman, Lee Metcalf, Associate Justices.

Done this *16th day of October, 1947*.

Attorneys for Petitioners: *H. C. Crippen*, Billings, *Desmond J. O'Neill*, Glendive.

Attorney for Respondents: *Merle C. Groene*, Billings.

No. 8782. STATE OF MONTANA EX REL. OPAL SMITH, RELATOR, *v.* DISTRICT COURT OF THE FIFTH JUDICIAL